# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Selna, James V. | United States District Court, Central District of California | 04/18/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge (Active) | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

Ronald Reagan Federal Building and US Courthouse
411 W. 4th Street
Santa Ana, CA 92701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust No. 2 |
| 2. | Custodian | Custodian of Accounts JSL 1 through 3, BCS 1 through 6, and SSD 1 through 3 |
| 3. | Director | Federal Bar Association, Orange County |
| 4. | Member, Judicial Advisory Council | Association of Business Trial Lawers, Orange County |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1978 | O'Melveny & Myers LLP Partnership Agreement, retirement benefit, no control |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2018 | O'Melveny & Myers--retirement pension, paid monthly | $119,340.00 |
| 2. 2018 | Selna Descendants Trust for the Benefit of James V. Selna --life income beneficiary, paid periodically throughout year | $21,610.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | American Bar Association, TIPS Section | March 22-24, 2018 | Scottsdale, Arizona | Speaker | Food, Lodging, Airfare |
| 2. | American Bar Associaton, Antitrust Section | April 11- 13, 2018 | Washington, D/C. | Annual Meeting, Seminar Participant | Food, Lodging, Airfare |
| 3. | Intellectual Property Office of Singapore | September 2-6, 2018 | Singapore, Singapore | SG 2018 Global Forum, Speaker | Food, Lodging, Airfare |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 04/18/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 04/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Real Property: | | | | | | | | | |
| 2.   Parcel 1, Cambria, CA | | None | M | W | | | | | |
| 3.   Parcel 2, Antelope Valley, CA | | None | K | W | | | | | |
| 4. | | | | | | | | | |
| 5.   Held in Account 1 | | | | | | | | | |
| 6.   AT & T Corp. common | D | Dividend | M | T | | | | | |
| 7.   Time Warner Inc. (TWX) | A | Dividend | | | Sold | 06/15/18 | K | E | |
| 8.   Time Inc. | A | Dividend | | | Sold | 01/19/18 | J | A | |
| 9.   Comcast Corp. class A common | A | Dividend | J | T | | | | | |
| 10.  Corning common | A | Dividend | K | T | | | | | |
| 11.  General Electric | C | Dividend | L | T | | | | | |
| 12.  Estee Lauder common | A | Dividend | K | T | | | | | |
| 13.  Microsoft common | C | Dividend | M | T | | | | | |
| 14.  Newell Rubbermaid common | A | Dividend | J | T | | | | | |
| 15.  Pepsico Inc. common | A | Dividend | J | T | | | | | |
| 16.  Tyson Foods Inc. common | C | Dividend | M | T | | | | | |
| 17.  Walmart common | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 04/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Xcel Energy Inc. common | D | Dividend | N | T | Donated (part) | | | | |
| 19. Charles Schwab Bank Account | A | Dividend | M | T | | | | | |
| 20. Bed Bath & Beyond common | A | Dividend | J | T | | | | | |
| 21. Southwest Airlines common | A | Dividend | L | T | | | | | |
| 22. Consolidated Edison | C | Dividend | L | T | | | | | |
| 23. Pimco Total Return | B | Dividend | M | T | | | | | |
| 24. | C | Dividend | | | | | | | |
| 25. Gabelli Small Cap Growth | A | Dividend | K | T | | | | | |
| 26. Verizon common | B | Dividend | L | T | | | | | |
| 27. CSX common | A | Dividend | L | T | | | | | |
| 28. Alaska Airlines | B | Dividend | L | T | | | | | |
| 29. Apache Oil | A | Dividend | K | T | | | | | |
| 30. Total S A | C | Dividend | L | T | | | | | |
| 31. | | | | | | | | | |
| 32. Held in Account 3: | | | | | | | | | |
| 33. Time Warner Inc. (TWX) | A | Dividend | | | Sold | 06/15/18 | K | E | |
| 34. Time Inc. | A | Dividend | | | Sold | 01/05/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Selna, James V.** | 04/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Blackhawk Network Holdings | | None | | | Sold | 06/18/18 | J | A | |
| 36. Charles Schwab Bank Account | A | Dividend | K | T | | | | | |
| 37. Intel Corp. common | A | Dividend | K | T | | | | | |
| 38. Ford Motor common | A | Dividend | J | T | | | | | |
| 39. Advanced Micro Devices common | | None | K | T | | | | | |
| 40. Caleres Inc. (formery Brown Shoe) | A | Dividend | K | T | | | | | |
| 41. Manitowoc Company common | | None | J | T | | | | | |
| 42. Welbilt, Inc. | | None | K | T | | | | | |
| 43. Safeway CASA Ley Cvr rights | | None | | | Expired | 02/28/18 | J | A | |
| 44. Safeway PDC LLC Cvr rights | | None | | | Expired | 04/25/18 | J | A | |
| 45. Jet Blue common | | None | K | T | | | | | |
| 46. AT & T | C | Dividend | L | T | | | | | |
| 47. Aronic | A | Dividend | J | T | | | | | |
| 48. Alcoa | | None | K | T | | | | | |
| 49. Arcellor Mittal | | None | J | T | | | | | |
| 50. Kroger Company | A | Dividend | K | T | | | | | |
| 51. Office Depot | A | Dividend | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 04/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Smatrt & Final Stores | | None | J | T | Buy | 05/18/18 | J | | |
| 53. | | | | | | | | | |
| 54. Held in Account 4: | | | | | | | | | |
| 55. Duke Energy common | A | Dividend | J | T | | | | | |
| 56. Enbridge Inc. | A | Dividend | J | T | | | | | |
| 57. Schwab S & P Investors Fund | A | Dividend | J | T | | | | | |
| 58. Charles Schwab Bank Account | B | Dividend | K | T | | | | | |
| 59. Bank of America | A | Dividend | J | T | | | | | |
| 60. Caleres Inc. (formerly Brown Shoe) | A | Dividend | J | T | | | | | |
| 61. Cabellas | | None | J | T | | | | | |
| 62. CVS Caremark | A | Dividend | J | T | | | | | |
| 63. Corning | A | Dividend | J | T | | | | | |
| 64. Blackhawk Network Holding | | None | | | Sold | 06/18/18 | J | A | |
| 65. Intel Corporation | A | Dividend | J | T | | | | | |
| 66. Stanlely Black & Decker | A | Dividend | J | T | | | | | |
| 67. Safeway CASA Ley Cvr rights | A | Distribution | | | Expired | 02/28/18 | J | A | |
| 68. Safeway PDC LLC Cvr rights | A | Distribution | | | Expired | 04/25/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 04/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. AT & T common | A | Dividend | J | T | | | | | |
| 70. Sunoco common | A | Dividend | J | T | | | | | |
| 71. Royal Dutch Shell | A | Dividend | J | T | | | | | |
| 72. Alaska Airlines | A | Dividend | J | T | | | | | |
| 73. Chico's FAS | A | Dividend | J | T | | | | | |
| 74. IBM | A | Dividend | J | T | | | | | |
| 75. | | | | | | | | | |
| 76. Held in Account 5: | | | | | | | | | |
| 77. AT & T Corp. common | D | Dividend | M | T | | | | | |
| 78. Comcast Corp. common | B | Dividend | L | T | | | | | |
| 79. Supervalu Inc. | | None | | | Sold | 05/15/18 | J | A | |
| 80. Time Warner Inc. (TWX) | A | Dividend | | | Sold | 06/15/18 | J | A | |
| 81. Conagra Foods common | C | Dividend | L | T | | | | | |
| 82. Lamb Wesson | A | Dividend | L | T | | | | | |
| 83. Ford Motor Co. common | C | Dividend | L | T | | | | | |
| 84. HP, Inc. | C | Dividend | L | T | Sold<br>(part) | 06/01/18 | J | A | |
| 85. Perspecta Inc. | A | Dividend | J | T | Spinoff<br>(from line 84) | 06/01/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  Hewlett Packard Enterprises | A | Dividend | L | T | | | | | |
| 87.  DXC Technologies | A | Dividend | K | T | | | | | |
| 88.  Micro Focus Intl | A | Dividend | K | T | | | | | |
| 89.  Qurate Retail Inc (QRTERA) (name change fromLiberty Interactive (QVCA) | | None | K | T | | | | | |
| 90.  Liberty Interactive (LVNTA) | | None | J | T | | | | | |
| 91.  Liberty Expedia Holdings (LEXEA) | | None | | | Sold | 03/15/18 | J | A | |
| 92.  Liberty Media Corp, Seiries C (FWONKA) | | None | | | Sold | 05/15/18 | J | A | |
| 93.  Liberty Media Corp, Series C (FWONK) | | None | | | Sold | 05/15/18 | J | A | |
| 94.  Commercehub Class A | | None | | | Sold | 05/15/18 | J | A | |
| 95.  Commercehub Class C | | None | | | Sold | 05/15/18 | J | A | |
| 96.  Liberty Media Corp., Series A Braves (BATRA) | | None | | | Sold | 05/15/18 | J | A | |
| 97.  Liberty Media Corp., Series C Braves (BATRK) | | None | | | Sold | 05/15/18 | J | A | |
| 98.  Liberty Media Corp., Series A Liberty Sirius XM (LSXMA) | | None | J | T | | | | | |
| 99.  Liberty Media Corp., Series C Liberty Sirius (LSXMK) | | None | J | T | | | | | |
| 100.  GCI Liberty Inc. (GLIBA) (formerly Liberty Media Corp. (LMCK)) | | None | J | T | | | | | |
| 101.  Lions Gate Entertainment | | None | | | Sold | 05/15/18 | J | A | |
| 102.  Mattel Inc. common | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4)<br>2  Value Codes<br>(See Columns C1 and D3)<br><br>3  Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 04/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Microsoft common | D | Dividend | N | T | | | | | |
| 104.  Oralce common | C | Dividend | M | T | | | | | |
| 105.  Tyson Foods Inc. common | A | Dividend | K | T | | | | | |
| 106.  Symantec Corp. | A | Dividend | J | T | | | | | |
| 107.  Viacom Class B new | B | Dividend | L | T | Buy<br>(add'l) | 05/15/18 | L | | |
| 108.  CBS Corp. Class B | A | Dividend | K | T | | | | | |
| 109.  Waste Management common | D | Dividend | M | T | | | | | |
| 110.  Xcel Energy, Inc. common | A | Dividend | J | T | | | | | |
| 111.  Charles Chawab Bank Acccount (FKA<br>Charles Schwab Money Market Fund) | B | Dividend | O | T | | | | | |
| 112.  Southwest Airlines common | B | Dividend | M | T | | | | | |
| 113.  Intel Corp. | D | Dividend | M | T | | | | | |
| 114.  Wal-Mart Stores Inc. | B | Dividend | L | T | | | | | |
| 115.  Apache Corporation | B | Dividend | L | T | | | | | |
| 116.  Home Depot common | C | Dividend | M | T | | | | | |
| 117.  General Electric common | A | Dividend | J | T | | | | | |
| 118.  Rockwell Collins common | B | Dividend | | | Merged<br>(with line 119) | 11/28/18 | M | F | |
| 119.  United Technologies | B | Dividend | K | T | Buy | 11/28/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 04/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  Chevron Corp. | C | Dividend | M | T | Buy<br>(add'l) | 05/15/18 | L | | |
| 121.  CVS Caremark | C | Dividend | M | T | | | | | |
| 122.  DowDupont | B | Dividend | L | T | | | | | |
| 123.  Chemours Co. | A | Dividend | J | T | | | | | |
| 124.  Royal Dutch Shell B | C | Dividend | L | T | | | | | |
| 125.  Verizon | B | Dividend | M | T | | | | | |
| 126.  Schlumberger | B | Dividend | K | T | | | | | |
| 127.  Discovery Inc (DISCA) | | None | J | T | Buy | 05/15/18 | J | | |
| 128. | | | | | | | | | |
| 129.  Held in Account 7: | | | | | | | | | |
| 130.  Charles Schwab Bank Account | A | Dividend | J | T | | | | | |
| 131.  IBM common | A | Dividend | J | T | | | | | |
| 132.  AT&T | A | Dividend | J | T | | | | | |
| 133. | | | | | | | | | |
| 134.  Trust No. 2: | | | | | | | | | |
| 135.  Charles Schwab Bank Account<br>(FKAChalres Schwab Vaulue Adv. Fund) | A | Dividend | L | T | | | | | |
| 136.  GNMA PL████ | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 04/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. National Grid PLC | A | Dividend | J | T | | | | | |
| 138. Xcel Energy Inc. common | A | Dividend | K | T | | | | | |
| 139. Essex Property Trust | B | Dividend | K | T | | | | | |
| 140. Urstadt Biddle Properties | A | Dividend | J | T | | | | | |
| 141. Urstadt Biddle Class A | A | Dividend | J | T | | | | | |
| 142. Charles Schwab Bank Account | A | Dividend | | | Merged<br>(with line 135) | 01/01/18 | K | A | |
| 143. Bank of America Corp. | A | Dividend | K | T | | | | | |
| 144. AT & T Corp. new | D | Dividend | M | T | | | | | |
| 145. Royal Dutch Shell B | C | Dividend | L | T | | | | | |
| 146. | | | | | | | | | |
| 147. Held in Account 8 | | | | | | | | | |
| 148. Cisco Systems common | C | Dividend | L | T | | | | | |
| 149. General Electric common | A | Dividend | J | T | | | | | |
| 150. AT & T | A | Dividend | J | T | | | | | |
| 151. Northern Trust US Govt Money Market Fund X | A | Dividend | J | T | | | | | |
| 152. | | | | | | | | | |
| 153. O & M Investment Partners: | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 04/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  O & M Investment Partners/Lesser Moore | A | Dividend | J | U | | | | | |
| 155. | | | | | | | | | |
| 156.  Bank Accounts: | | | | | | | | | |
| 157.  Bank of America | | None | J | T | | | | | |
| 158.  One West Bank | B | Interest | N | T | | | | | |
| 159. | | | | | | | | | |
| 160.  Custodian Accounts: | | | | | | | | | |
| 161.  Custodian Account BCS 1 | | | | | | | | | |
| 162.  Xcel common | A | Dividend | J | T | Buy (add'l) | 12/14/18 | J | | Partial Gift |
| 163.  Custodian Account BCS 2 | | | | | | | | | |
| 164.  Xcel common | A | Dividend | J | T | Buy (add'l) | 12/14/18 | J | | Partial Gift |
| 165.  Custodian Account BCS 3 | | | | | | | | | |
| 166.  Xcel common | A | Dividend | J | T | Buy (add'l) | 12/14/18 | J | | Partial Gift |
| 167.  Custodian Account BCS 4 | | | | | | | | | |
| 168.  Xcel common | A | Dividend | J | T | Buy (add'l) | 12/18/18 | J | | Partial Gift |
| 169.  Custodian Account BCS 5 | | | | | | | | | |
| 170.  Xcel common | A | Dividend | J | T | Buy (add'l) | 12/14/18 | J | | Partial Gift |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 04/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. Custodian Account BCS 6 | | | | | | | | | |
| 172. Xcel common | A | Dividend | J | T | Buy (add'l) | 12/14/18 | J | | Partial Gift |
| 173. Custodian Account JSL1 | | | | | | | | | |
| 174. Xcel common | A | Dividend | J | T | Buy (add'l) | 12/14/18 | J | | Partial Gift |
| 175. Custodian Account JSL2 | | | | | | | | | |
| 176. Xcel common | A | Dividend | J | T | Buy (add'l) | 12/14/18 | J | | Partial Gift |
| 177. Custodian Account JSL3 | | | | | | | | | |
| 178. Xcel common | A | Dividend | J | T | Buy (add'l) | 12/14/18 | J | | Partial Gift |
| 179. Custodian Account SSD1 | | | | | | | | | |
| 180. Xcel common | A | Dividend | J | T | Buy (add'l) | 12/14/18 | J | | Partial Gift |
| 181. Custodian Account SSD2 | | | | | | | | | |
| 182. Xcel common | A | Dividend | J | T | Buy (add'l) | 12/14/18 | J | | Partial Gift |
| 183. Custodian Account SSD3 | | | | | | | | | |
| 184. Xcel common | A | Dividend | J | T | Buy (add'l) | 12/14/18 | J | | Partial Gift |
| 185. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Selna, James V. | 04/18/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Two investments in the 2017 Report were not carried forward because their value had fallen below the reporting level:
 Line 166: O& M Investment Partners/Playa Vista
 Line 167: O& M Investment Partners/Playa Vista II


Per the Committee's advice in its letter of January 29, 2019, all One West Bank accounts (2017 Report, Section VII, lines 171-173) have been consolidated in a single line.

Per the Committee's advice in its letter of January 29, 2019, I am providing greater detail concerning "Distributions" for GNMA            (2017 Report, Section VII, line 147) and Pimco Total Returns (2017 Report, Section VII, line 23).  After speaking with Committee staff counsel on April 18, 2019, I have now catagorized these payments as "dividemds."  I understand that no further disclosure is required.

Per the Committee's advice in its letter of January 29, 2019, I am providing greater detail concerning "Charles Schwab Money Market" and similar holdings.  First, all these holdings are now called Charles Schwab Bank.  After speaking with Committee staff counsel on April 18, 2019, I have now labelled each of the entries as an "account" to distingish them from investments.   I understand that no further disclosure is required.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James V. Selna**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544